# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __06-1259M__
2) Defendant's Name: __Allen__  __DeSean__  _____
   (Last)            (First)           (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: ✓ Yes ___No   Date/Time: __1/17/07__
10) Detention Hearing Held: ___   Bail set at: __$50,000__   ROR Entered: ___   POD Entered: ___
11) Temporary Order of Detention Entered: ___   Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: __✓__
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __Andrea Goldbarg__
14) DEFENSE COUNSEL'S NAME: __Peter Kirchheimer__
    Address: _____
    Bar Code: _____  CJA: ___  FDNY: ✓  RET: ___
    Telephone Number: (___) _____
15) LOG #: ___ ( __4:38 - 4:53__ )   MAG. JUDGE: __Matsumoto__
16) ✓ Defendant was advised of bond conditions by the Court and signed the bond.
    ✓ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE